UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SMITH AND<br>CAROLYN SMITH,<br><br>    PLAINTIFFS,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br>AND DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, AS TRUSTEE<br>FOR LONG BEACH MORTGAGE<br>LOAN TRUST, 2004-4,<br><br>    DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:10-cv-533 |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 14, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment (Dkt. 20) be GRANTED in its entirety and that Plaintiffs take nothing by any of the claims raised here.

The Court, having made a *de novo* review of the objections raised by Plaintiffs as well as Defendants' response and Plaintiffs' reply thereto (*see* Dkts. 32, 33 & 34), is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiffs are without merit as to the ultimate recommendation. Therefore, the Court hereby adopts the findings

1

and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

Defendants' Motion for Summary Judgment (Dkt. 20) is GRANTED in its entirety and Plaintiffs shall take nothing by any of the claims raised here.

**IT IS SO ORDERED.**

So **ORDERED** and **SIGNED** this **20** day of **March, 2012.**

_____
Ron Clark, United States District Judge